# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Andre Cox,

       Plaintiff,

v.

United States of America,

       Defendant.

**Case No. 17-cv-4773 (SRN/SER)**

**ORDER**

The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period.

Accordingly, **IT IS HEREBY ORDERED** that based upon the foregoing, and on all of the files, records, and proceedings herein:

1. Defendant the United States of America's Motion to Dismiss [Doc. No. 9] is **GRANTED**;

2. Petitioner Andre Cox's motion for an order declaring this court has jurisdiction to hear this case, *see* [Doc. No. 20], is **DENIED**; and

3. This case is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 25, 2018

                                              s/Susan Richard Nelson
                                              SUSAN RICHARD NELSON
                                              United States District Judge